## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kevin Swanke and Barbara Swanke, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| General Motors, LLC, a foreign corporation, | ) | |
| | ) | |
| | ) | Case No. 1:13-cv-069 |
| Defendant. | ) | |

Before the court are motions for attorneys Boyd White III and Michael P. Cooney to appear *pro hac vice* on  defendant's behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Boyd White III and Michael P. Cooney have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk.  Accordingly, the  motions (Docket Nos. 15 and 16) are **GRANTED**.  Attorneys Boyd White III and Michael P. Cooney are admitted to practice before this court in the above-entitled action on defendant's behalf.

**IT IS SO ORDERED.**

Dated this 8th day of August, 2013.


*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court