# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kevin Swanke and Barbara Swanke, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| General Motors, LLC, | ) | |
| a foreign corporation, | ) | |
| | ) | Case No. 1:13-cv-069 |
| Defendant. | ) | |

Before the court are motions for attorneys Jennifer J. Middleton and Douglas G. Schaller to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Jennifer J. Middleton and Douglas G. Schaller have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiffs' motions (Docket No. 49-50) are **GRANTED**. Attorneys Jennifer J. Middleton and Douglas G. Schaller are admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2014.

                                                                             */s/ Charles S. Miller, Jr.*
                                                                             Charles S. Miller, Jr.
                                                                             United States Magistrate Judge